**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| GREENBERRY'S FRANCHISING CORPORATION ) ) ) ) Plaintiff ) ) v. ) ) ) ALICE Y. PARK et al., ) ) Defendants. ) | Civil Action No. 3:10cv-00045-NKM |

## MOTION OF DEFENDANTS ANTHONY D. HAN AND HAN HOLDING, INC. TO ADOPT AND CONFORM

Defendants Anthony D. Han and Han Holding, Inc., by counsel, respectfully request that this Court adopt as their own and conform to the extent applicable <u>Motion of Defendants Alice Y. Park, Brian T. Park and GNT Enterprise, Inc. to Change Venue</u> (Document Number 19) filed by Defendants Alice Y. Park, Brian T. Park and GNT Enterprise, Inc. in this matter and to share equally in any relief granted therein.

Dated: September 29, 2010

                                               ANTHONY D. HAN
                                               HAN HOLDING, INC.
                                               By Counsel

                                             <u>s/ Andrew E. Macfarlane</u>
                                             Andrew E. Macfarlane
                                             Virginia State Bar Number 75144
                                             Lohrmann & Rim, P.C.
                                             7700 Little River Turnpike, Suite 506
                                             Annandale, VA 22003
                                             Phone 703 941 3700
                                             Fax 703 941 3782

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2010 I electronically filed the foregoing with the clerk of the court using the CM/EFC system, which will send electronic notification of such filing to all counsel of record.

                                              s/ Andrew E. Macfarlane
                                              Andrew E. Macfarlane
                                              Virginia State Bar Number 75144
                                              Lohrmann & Rim, P.C.
                                              7700 Little River Turnpike, Suite 506
                                              Annandale, VA 22003
                                              Phone 703 941 3700
                                              Fax 703 941 3782