**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| GREENBERRY'S FRANCHISING CORPORATION ) ) ) ) Plaintiff ) ) v. ) ) ) ALICE Y. PARK et al., ) ) Defendants. ) | Civil Action No. 3:10cv-00045-NKM |

### MOTION OF DEFENDANT HAN HOLDING, INC. TO DISMISS ALL CLAIMS AGAINST HAN HOLDING, INC. FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Defendant Han Holding, Inc., by counsel, respectfully moves for this Court to Dismiss all counts against Han Holding, Inc. in the above-styled litigation pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

All counts against Han Holding, Inc. should be dismissed because Han Holding, Inc. is not alleged to be a participant in the allegations related to any of the ten (10) counts alleged in Plaintiff's Complaint. Since Han Holding, Inc. is not alleged of wrongdoing, the relief requested by Plaintiff may not be granted and therefore Han Holding, Inc. should be dismissed as a Defendant for all counts.

HAN HOLDING, INC.
By Counsel


s/ Andrew E. Macfarlane
Andrew E. Macfarlane
Virginia State Bar Number 75144
Lohrmann & Rim, P.C.
7700 Little River Turnpike, Suite 506
Annandale, VA 22003
Phone 703 941 3700
Fax 703 941 3782

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2010 I electronically filed the foregoing with the clerk of the court using the CM/EFC system, which will send electronic notification of such filing to all counsel of record.

                                        s/ Andrew E. Macfarlane
                                        Andrew E. Macfarlane
                                        Virginia State Bar Number 75144
                                        Lohrmann & Rim, P.C.
                                        7700 Little River Turnpike, Suite 506
                                        Annandale, VA 22003
                                        Phone 703 941 3700
                                        Fax 703 941 3782