# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GREENBERRY'S FRANCHISING CORP., *Plaintiff,* | CASE NO. 3:10-cv-00045 |
| v. | ORDER |
| ALICE Y. PARK ET AL., *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Motion of Defendants Alice Y. Park, Brian T. Park, and GNT Enterprise, Inc. to Change Venue (docket no. 19), Motion of Defendants Anthony D. Han and Han Holding, Inc. to Adopt and Conform (docket no. 22), and Motion of Defendant Han Holding, Inc. to Dismiss All Claims Against Han Holding, Inc. for Failure to State a Claim upon Which Relief May Be Granted (docket no. 24).

For the reasons set forth in the accompanying Memorandum Opinion, the motion to change venue (docket no. 19) and the motion to adopt and conform (docket no. 22) will be and hereby are GRANTED. This action shall be transferred to the Eastern District of Virginia, Alexandria Division. Because the matter is transferred, I do not act on the motion to dismiss (docket no. 24).

It is so ORDERED. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 10th day of December, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE